Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2017 JUL 28 P 3:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

BURNADETTE BETSI ENCHIA
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

ADTRAN
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:17-cv-1275-HNS
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

  A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name              Burnadette Betsi Enchia
   Street Address    28184 Chasebrook Drive
   City and County   Harvest        Limestone
   State and Zip Code  Alabama      35749
   Telephone Number  256-783-2289
   E-mail Address    bernadette-enchia@yahoo.com

☐ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

_____  _____
**Date**                         **Participant Signature**

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: AOTRAN
    Job or Title *(if known)*: KITTING CLERK
    Street Address: 901 EXPLORER BLVD
    City and County: HUNTSVILLE    MADISON
    State and Zip Code: ALABAMA    35806
    Telephone Number: (256) 963-8000
    E-mail Address *(if known)*:

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

    Name                    Adtran
    Street Address          901 Explorer Blvd
    City and County         Huntsville    Madison
    State and Zip Code      Alabama       35806
    Telephone Number        (256) 963-8000

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

| | |
|---|---|
| ☐ | Relevant state law *(specify, if known)*: |
| ☐ | Relevant city or county law *(specify, if known)*: |

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

I was placed on leave May 14, 2015 and sent through hoops until my termination in September of 2015.

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
  **mental illness**

E. The facts of my case are as follows. Attach additional pages if needed.

**See Attachment**

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**Dec 4, 2015**

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* **June 10, 2017. +/-**

  *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-28-17

Signature of Plaintiff

Printed Name of Plaintiff    Burnadette Grichio

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.     For Attorneys**

    Date of signing: _____

    Signature of Attorney  _____
    Printed Name of Attorney _____
    Bar Number _____
    Name of Law Firm _____
    Street Address _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____

(E) p1

I was called into H.R. on May 14, 2015. I was told that I was being placed on leave and that if I would like to keep my job that I would undergo therapy because they felt like something was going on with me after a complaint to my supervisor (Lonna Tittle). I believe I asked to see my therapist they said no. I agreed to see the the reccomended doctor. They said that once he released me I could return to work.

I seen the counceler and the doctor and the doctor released me.

However, Instead of returning to work I was to see another doctor to take another mental test and talk to that doctor. At Central Psychology. I took a Fit to work test. The doctor said that he woud submit the results on monday. I called several times ~~times~~ times because the results of the test would enable me to return back to work. I was told I would be notified once it came in. I received a letter ~~to~~ that was returned because I didn't pick it up in time. ~~It stated~~ It came from Adtran H.R. ~~to~~ Diane Matthews stating that I wasn't in compliance with the agreement ~~with~~ because they haven't heard from me, however

I was waiting for her to let me know that my results from the Fit to Work test came in.

The last conversation between Diane Mathews and myself. She stated that before I return to work I would need to get (not verbatim) plan of treatment. Or something stating I would go and still see a therapist. And she needed that on her desk on Friday and she was leaving early. I can't remember if it had to be there be she left or before close of business day.

I went by the doctor I couldn't get the letter until the following week.
That was the last time I talked to Diane Mathews before my termination

## V. Relief

I am asking the court to award the amount of $209,500

tax penalties for 401K withdrawl and health insurance penalties $1100
loss wages  $8400
Quality of life  $200,000

When I was terminated I lost my health insurance. I wasn't able to get the medications I needed for my mental illness and other medical aides for everyday life (glasses, shoelifts). In addition to that I have a medical condition called hyperhidrosis. And until I was able to obtain health insurance and get the money for the medication, I was ~~publical~~ publicly humiliated and embarrassed ~~becau~~ because of this.

Also the effect of losing my job of 15 years has had a empact on me signicantly. I do plan on seeking counseling, however this incident and the reprocussions has set me back.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **Burnadette Enchia**
**28184 Chasebrook Drive**
**Harvest, AL 35749**

From: **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street**
**Birmingham, AL 35205**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-00540 | **LIONEL WILEY,** Investigator | (205) 212-2073 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Delner Franklin-Thomas,**
**District Director**

JUN 07 2017

*(Date Mailed)*

Enclosures(s)

cc:
**ADTRAN**
C/o John J. Coleman, III
**BURR FORMAN**
420th North 20th Street, Suite 3400
Birmingham, AL 35203

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.</u>

"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):

- **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

"Regarded as" coverage:
- An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.



*JR ADTRAN USE ONLY:*
Given: ⎯⎯⎯⎯⎯ 1/5/07
Received: ⎯⎯⎯⎯⎯⎯⎯⎯⎯

## CERTIFICATION OF HEALTH CARE PROVIDER
### *For Employee's Health Condition*
(Family and Medical Leave Act of 1993)

*ATTENTION EMPLOYEE: You are responsible for completing Part I and having your health care provider complete Part II. The information requested on this form is necessary for the Company to verify that you qualify for leave under the family and medical leave policy. Failure to return a fully completed form to the Benefits Administrator within 15 days of receiving this form may result in denial of your leave.*

### PART I. EMPLOYEE SECTION:

Name: Bernadette Enchia    Social Security Number: ⎯⎯⎯⎯    Hourly ☒  Salaried ☐

Dates of requested leave:    From 1/4/06    Until 1/25/06

Are you requesting to take leave in more than one block of time (e.g., one week now and one week at a later date) OR to work fewer hours per day or days per week than your normal work schedule?    ☒ Yes    ☐ No

If Yes, list below your requested leave schedule (weeks, days and/or hours you require off from work)

1/4/06 - 2pm          1-17   3pm
1/8/06 - 2pm          1-24   3pm

### AUTHORIZATION TO RELEASE INFORMATION:

*I hereby authorize the health care provider who completes this form to release to ADTRAN, Inc. any information that substantiates or clarifies the information provided in this certification. In the event that additional information is required for determination of my FMLA eligibility, I give ADTRAN, Inc.'s medical representative my express permission to contact my health care provider(s), including but not limited to the provider who completes this medical certification, to obtain the necessary information concerning the nature of the condition for which I am requesting FMLA leave.*

Bernadette Enchia                    1-8-06
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯      ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Employee Signature                    Date

### PART II. HEALTH CARE PROVIDER SECTION:

*Please complete this section fully and return the form to the employee. The Company requests specific information to enable it to verify that the employee qualifies for leave under the family and medical leave policy. We appreciate your cooperation.*

1. Page 3 describes what is meant by a "**serious health condition**" under the Family and Medical Leave Act. Does the patient's condition[1] (for which this leave is requested) qualify under any of the categories described?    ☒ Yes    ☐ No
   If yes, please check the applicable category:
   ☐ (1)    ☐ (2)    ☐ (3)    ☒ (4)    ☐ (5)    ☐ (6)    ☐ None of the categories apply

2. Please provide relevant medical facts to support the patient's need for the requested leave (including medical facts relevant to a request, if any, to work fewer hours or fewer days than the employee's normal work schedule):
   Major Depression, severe - referral to counseling by psychiatrist for therapy & counseling

3. If the condition is a chronic condition, is the patient currently incapacitated? *("Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.)*
   ☐ Yes *(If yes, state probable duration of present incapacity)* ⎯⎯⎯⎯⎯⎯    ☒ No *(If no, date last incapacitated)* ⎯⎯⎯⎯
   State the approximate date the condition commenced ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
   State specific dates, if known, or likely duration and frequency of episodes of incapacity ⎯⎯⎯⎯⎯⎯⎯⎯⎯

4. When did this medical condition begin? Please identify the basis of your opinion (e.g., examination of the patient, review of medical file, etc.)    March 2006 based on assessment intake & psychiatrist report

5. How long is this medical condition expected to continue?    unknown at this time

Rev. 6/04

*FMLA Certification - Employee Medical Leave*                                                                                     Page 2

6. Is inpatient hospitalization or other inpatient care necessary at this time?  ☐ Yes  ☒ No
   If yes, please indicate the type of inpatient care and the expected dates of such care _____

7. a) If medical leave is required for the employee's absence from work because of the employee's condition (including absences due to pregnancy or a chronic condition), is the employee incapacitated from performing work of any kind?  ☐ Yes  ☒ No

   b) If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is able to perform? _____

   c) If neither a) nor b) applies, is it necessary for the employee to be absent from work for treatment?  ☒ Yes  ☐ No
      Please explain: To meet appointments for therapy/counseling

8. Will it be necessary for the employee to take off work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described below) _____

   a) If the patient will be absent from work or other daily activities because of treatment[3] on an intermittent or part-time basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery, if any: _____

   b) Please describe any medical treatment[4] that has been prescribed. Include general description (e.g., prescription drugs, physical therapy requiring special equipment to resolve or alleviate the health condition), the number of visits, frequency and duration of this treatment: will see employee once a week for 4 weeks, then follow up as needed for @ 6 mos -

   c) If any of these treatments will be provided by another provider of health services (e.g., physical therapist), please state the nature of the treatments: _____

   d) If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment): _____

   e) Have treatment or recurring medical visits already been scheduled?
      ☒ Yes: Please list schedule below
         1/4/07 - 2PM
         1/8/07 - 2PM
      ☐ No: Please state the days and times treatment or visits are available:
         1/17/07 - 3PM
         1/24/07 - 3PM
      Is there any flexibility to this schedule?  ☐ Yes  ☒ No
      Please explain: within providers office hours

**HEALTH CARE PROVIDER:**

   Name: Dana Summers, LPC

   Practice Area (include any specialty) Professional Counselor

   The Company may need to clarify some of the information provided. Who should we contact in your office if this need arises? (Release provided on first sheet).

   Name & position _____                                   Phone Number 534-8161
   Dana Summers, LPC                                                 1/5/07
   *Signature*                                                       *Date*

## SOUTHERN DERMATOLOGY CENTER, P.C.
2828 Hwy. 31 South - #105
Decatur, Alabama 35603

**Patient's Name**

Bernadette Snchia

| Date of Visit | Doctor's Notes |
|---|---|
| | RE: Botox injections — (DX) Hyperhidrosis Axillas — |
| | Chronic hx of Hyperhidrosis — Treated w/ oral & topical therapies — unresponsive — |
| | Treated with Botox 100 units on 2/24/15 — Responsive Very Good — topical & oral Supplemented PRN — |
| | Pt seen on 6/8/2017 — Requesting — Botox injection Again — total cost $1,100.00 — |
| | Please Advise Regarding Approval — |
| | Thank you — |
| | Dr. Ageb Hendoso — |
| | cell # 256-654-9077 |